SCJ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

HUGO LLANOS-VANEGAS,

        Defendant.

- - - - - - - - - - - - - - - - X

O R D E R

08-CR-0223 (NG)

    Application having been made by Assistant United States Attorney Shannon C. Jones for an Order unsealing the indictment and arrest warrant filed April 4, 2008 in the above-captioned case, it is hereby:

    ORDERED that the indictment and arrest warrant filed on April 4, 2008 are unsealed for the limited purpose of allowing the Clerk of the Court to prepare certified copies; and

    ORDERED that the Clerk of the Court prepare three (3) certified copies of the indictment and arrest warrant filed April 4, 2008 in the above-captioned case, and maintain the original indictment and arrest warrant under seal until further order of this Court.

Dated:    Brooklyn, New York
           April 16, 2008

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK